IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOSE PILAR NORIEGA-ENCINAS, Defendant. | No. CR 02-1640-TUC-CKJ (CRP) **ORDER** |

On April 16, 2008, Magistrate Judge Charles R. Pyle issued a Report and Recommendation [Doc. # 101] in which he recommended this Court find that Defendant Noriega-Encinas violated the terms of his supervised release. The Report and Recommendation notified the parties that they had ten days from the date of service of the Report and Recommendation to file any objections. No objections have been filed.

The Court has reviewed and considered the Petition to Revoke Supervised Release; the transcript of the November 16, 2005, sentencing before the Honorable Warren W. Eginton, Government's 4/7/08 Brief, Attachment; the transcript of the March 25, 2008, evidentiary hearing before the Honorable Charles R. Pyle, and; the Report and Recommendation.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 101] is ADOPTED;
2. The Court finds Defendant has violated the terms of his supervised release.

1   3.   The Disposition Hearing is confirmed for May 27, 2008, at 9:30 a.m.
2   DATED this 8th day of May, 2008.

          Cindy K. Jorgenson
          United States District Judge

- 2 -